# EXHIBIT A

Serve

| Hamilton County | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS** | **Case Number**<br>26C1039 |
|---|---|---|
| **Amani Issa and Bassam Issa v. Home Depot U.S.A., Inc.** | | |

FILED IN OFFICE 2026 JUL 29 AM 9:01 LARRY L. HENRY, CLERK BY [signature] DC

Served On:

**Corporation Service Company, registered agent for Home Depot U.S.A., Inc.** **At 2908 Poston Avenue, Nashville, Tennessee 37203 by Certified Mail**

You are hereby summoned to defend a civil action filed against you in Circuit Court. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: July 29, 2026 — H. Novkov, Clerk / Deputy Clerk

Attorney for Plaintiff: Law Office of Aaron Woodard, PO Box 59446, Nashville, TN 37205

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to ____________, ________ Clerk, ____________ County

## CERTIFICATION (IF APPLICABLE)

I, ____________, ____________ Clerk of ____________ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: ____________

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: ____________

Date: ____________ By: ____________ Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on ____________, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant ____________. On ____________ I received the return receipt, which had been signed by ____________ on ____________. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: ____________

Notary Public / Deputy Clerk (Comm. Expires ____________ )

Signature of Plaintiff

Plaintiff's Attorney (or Person Authorized to Serve Process)

**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call ____________, ADA Coordinator, at ( ) ____________.*

*Rev. 03/11*

8-18-2026 20250889363 6020260818041267

IN THE CIRCUIT COURT FOR HAMILTON COUNTY, TENNESSEE

| | | |
|---|---|---|
| AMANI ISSA and<br>BASSAM ISSA,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26C1039<br><br>JURY DEMAND |

FILED IN OFFICE
2026 JUL 29 AM 9:01
LARRY L. HENRY, CLERK
BY DC

## COMPLAINT

1. Plaintiffs, AMANI ISSA and BASSAM ISSA, were citizens and residents of Ooltewah, Tennessee, at all relevant times referenced below, and submit that the Hamilton County, Tennessee, Civil Circuit Court is the proper jurisdiction and venue for bringing this action.

2. Defendant, HOME DEPOT U.S.A., INC., is a corporation registered to conduct business in Tennessee. The registered agent is CORPORATION SERVICE COMPANY, with a mailing address of 2908 Poston Avenue, Nashville, Tennessee 37203. Defendant, HOME DEPOT U.S.A., INC., operated a retail store for profit in Hamilton County at 7421 Commons Blvd., in Chattanooga, Tennessee 37421, at all relevant times described below.

## FACTUAL BACKGROUND

3. On August 18, 2025, Plaintiff, AMANI ISSA, entered the Home Depot retail store operated by Defendant, HOME DEPOT U.S.A., INC., at 7421 Commons Blvd., in Chattanooga, Tennessee, to shop in the lawn and garden area.

4. At some time prior to the Plaintiff's arrival, employees of Defendant, HOME DEPOT U.S.A., INC., failed to remove a brown stone that was present in the walkway and common area for shopping.

5. The stone referenced above appeared to be a decorative stone that had spilled out of a bag of decorative stone, commonly used in mulch beds as an alternative to mulch.

6. The stone referenced above was light brown in color, the size of a quail egg, and not easy for customers to see as they walked through shopping aisles to look at plants and items that were for sale.

7. As Plaintiff, AMANI ISSA, was walking through the shopping aisle and looking at plants and items to purchase, she stepped on the stone referenced above and was thrown off balance and onto the ground.

8. As a result of the fall, Plaintiff, AMANI ISSA, suffered immediate pain and injuries, requiring medical treatment that is ongoing.

9. Before Plaintiff, AMANI ISSA, slipped on the stone referenced above, employees of Defendant, HOME DEPOT U.S.A., INC., knew or reasonably should have known about the stone and about the dangerous condition that it created for customers.

10. Before Plaintiff, AMANI ISSA, slipped on the stone referenced above, employees of Defendant, HOME DEPOT U.S.A., INC., failed to take any steps to adequately warn customers at the retail store about the stone being present in the walkway.

**ALLEGATIONS OF NEGLIGENCE**

11. In the moments leading up to the time that Plaintiff, AMANI ISSA, slipped on the stone referenced above, employees and/or agents of Defendant, HOME DEPOT U.S.A., INC., were negligent and careless when they:

a. Allowed a loose stone to remain on the surface of the walkway where customers were invited to shop and view items for sale on the shelves;;

b. Failed to inspect and clear the walkway and shopping area of foreign objects, specifically the loose stone, so that it did not create a slipping hazard for customers;

c. Failed to adequately and reasonably maintain the store's walkways so that it was safe for customers to use; and

d. Failed to adequately and reasonably warn customers, including Plaintiff, AMANI ISSA, about the loose stone that was present on the surface at the walkway as referenced above.

12. The negligent and careless actions of the employees and/or agents of Defendant, HOME DEPOT U.S.A., INC., were the proximate cause of the Plaintiff, AMANI ISSA, slipping on the stone, falling to the ground, and getting injured.

13. At all relevant times referenced herein, the employees and/or agents of Defendant, HOME DEPOT U.S.A., INC., were acting within the course and scope of their employment with the Defendant. As a result, the Defendant is vicariously liable for the negligent actions of its employees and/or agents as described herein.

14. The negligent actions of the Defendant as described herein rise to the level of gross negligence.

## DAMAGES

15. As a direct result of the actions referenced above, Defendant, HOME DEPOT U.S.A., INC., proximately caused physical, mental, and emotional injuries, lost wages, medical expenses, and a loss of the enjoyment of life to Plaintiff, AMANI ISSA, that are ongoing and permanent, for all of which she deserves to be compensated.

16. As a direct result of the incident referenced above, the Plaintiff, BASSA ISSA, lost the unhindered companionship, services, and spousal support of his wife, the Plaintiff, AMANI ISSA, for all of which he deserves to be compensated.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs, AMANI ISSA and BASSAM ISSA, pray for process to issue and be served against the Defendant. Plaintiffs, AMANI ISSA and BASSAM ISSA, also pray for all general and special relief available, including a jury of twelve peers to decide the outcome of this action and to reimburse them for all harms and losses proximately caused by the Defendant. Plaintiffs, AMANI ISSA and BASSAM ISSA, will respect the jury's decision regarding any monetary amounts determined to equal the

harms and losses caused. However, the Plaintiffs ask that no amount greater than one million dollars ($1,000,000.00) be considered as compensation the losses of the Plaintiff, AMANI ISSA, and one hundred thousand dollars ($100,000.00) for the losses of the Plaintiff, BASSAM ISSA. As the losses are continuing and ongoing for the Plaintiffs, it is impossible to determine the total harms and losses proximately caused by the Defendant at this time.

Respectfully Submitted,

Woodard Injury Law

Aaron Woodard, BPR #24807
Joselyne Bobos, BPR #41218
Evan Watkins, BPR #42534
*Attorneys for Plaintiff*
PO BOX 59446
Nashville, TN 37205
Phone: 615-216-5757
Fax: 615-502-3084
Email: contact@woodardinjurylaw.com

PO Box 59446
Nashville, TN 37205

9589 0710 5270 0991 5350 45

FCM LETTER
NASHVILLE, T
AUG 04, 2026

37203

$11.31

RDC 99

S2324A502572

Corporation Service Company R/A for
Home Depot U.S.A., Inc.

2908 Poston Ave,
Nashville, TN 37203

8-18-2026 20250889363 6020260818041267

CSC

null / ALL
**Transmittal Number: 34761342**
**Date Processed: 08/11/2026**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Svea Sharaf<br>The Home Depot, Inc.<br>2455 Paces Ferry Rd SE<br>Atlanta, GA 30339-1834 |
| **Electronic copy provided to:** | Svea Sharaf<br>Micah Ascano |

| | |
|---|---|
| **Entity:** | Home Depot U.S.A., Inc.<br>Entity ID Number 2483807 |
| **Entity Served:** | Home Depot U.S.A., Inc. |
| **Title of Action:** | Issa, Amani vs. Home Depot U.S.A., Inc. |
| **Matter Name/ID:** | Issa, Amani vs. Home Depot U.S.A., Inc. (19730629) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Hamilton County Circuit Court, TN |
| **Case/Reference No:** | 26C1039 |
| **Jurisdiction Served:** | Tennessee |
| **Date Served on CSC:** | 08/10/2026 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Woodard Injury Law<br>615-216-5757 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

8-18-2026 20250889363 6020260818041267